1

2

3

4                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
5                                   AT TACOMA

6    Jerome Powell, II,

7                    Plaintiff,                    Case No. 2:22-1324-MJP-TLF

8         v.                                       ORDER

     Rite Aid Pharmacy,
9

                     Defendants.
10

11        The Court, having reviewed the Report and Recommendation of Magistrate

12   Theresa L. Fricke, objections to the Report and Recommendation, if any, and the

13   remaining record, does hereby find and ORDER:

14        (1)    The Court adopts the Report and Recommendation;

15        (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 4) is DENIED.

16               Plaintiff's action is DISMISSED without prejudice for failure to prosecute.

17        (3)    The Clerk is directed to send copies of this Order to Plaintiff.

18

19   Dated this 22 day of Dec.      , 2022

20

21

22                                                 Marsha J. Pechman
                                                   United States District Judge
23

24

25

ORDER - 1